

**Leander THOMAS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Dec. 6, 1974.

Anthony M. Wilhoit, Public Defender, Timothy T. Riddell, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., John C. Ryan, Sp. Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**James A. NALLEY, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

**George L. SHOTWELL, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Dec. 6, 1974.

Anthony M. Wilhoit, Public Defender, William C. Ayers, Jr., Asst. Public Defender, Frankfort (for appellee Shotwell).

Anthony M. Wilhoit, Public Defender, Kathleen McCabe, Paul F. Isaacs, Asst. Public Defenders, Frankfort (for appellee Nalley), for appellants.

Ed W. Hancock, Atty. Gen., Patrick B. Kimberlin, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Bill Hugo WILLIAMS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Dec. 6, 1974.

Daniel T. Taylor, III, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Peter C. MacDonald, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.